UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven H. Blondheim, Civil File No. 00-1142 (MJD/AJB)

Plaintiff,

**ORDER**

vs.

Charlie Reed and Robert Feneis,

Defendants.

Before the Court is Defendants' motion for extension of time to file and serve their Joint Answer. The Court finds that the requested extension is proper.

Accordingly, **IT IS HEREBY ORDERED** that

1. Defendants' motion for extension of time to file their Joint Answer is **GRANTED**; and

2. Defendants' Joint Answer is accepted for filing.

Dated: 7/5/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________