**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Steven H. Blondheim,

Civil No. 00-1142 (MJD/AJB)

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER AND ORDER ON MOTION TO AMEND**

Charlie Reed and
Robert Feneis,

Defendants.

This matter is before the Court for purposes of establishing a litigation schedule and on plaintiff's Motion to Amend/Clarify.

**IT IS HEREBY ORDERED THAT** plaintiff's motion to amend/clarify is **denied as moot** [Docket No. 5]. Plaintiff's motion to amend was filed on May 30, 2000, along with a copy of his Complaint for Violation of Civil Rights. The motion is cited as an attempt to clarify the initial complaint filed on May 5, 2000. To the extent that the motion seeks leave to assert new claims, plaintiff has failed to submit an amended document that reproduces the entire pleading as amended, pursuant to Local Rule 15.1. To the extent that plaintiff seeks to clarify existing claims, the Court will consider the arguments and assertions as appropriate on dispositive motions.

**IT IS FURTHER ORDERED THAT:**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a

FILED JUL 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

showing of good cause as required by Local Rule 16.3.

1. The period during which the parties may conduct discovery shall terminate on December 1, 2000. Disputes with regard to discovery shall be called immediately to the court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule;

2. All other nondispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to December 1, 2000. All nondispositive motions shall be filed and served in compliance with Local Rule 7.1(a). No discovery motion shall be considered unless the moving party files with the motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2. All nondispositive motions will be considered on the papers submitted without a hearing unless the court determines there is a specific need to hold such a hearing;

3. All dispositive motions shall be filed and served prior to January 1, 2001. All dispositive motions shall be filed and served in compliance with Local Rule 7.1(b). Dispositive motions will be considered on the papers without oral argument unless the court determines there is a specific need to hold such a hearing;

4. This case shall be considered ready for trial on and after January 1, 2001.

Dated: 7/6/00

ARTHUR J. BOYLAN
United States Magistrate Judge