UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven H. Blondheim, Civil File No. 00-1142 (MJD/AJB)

Plaintiff,

vs. **ORDER**

Charlie Reed and Robert Feneis,

Defendants.

Based upon all the files, records, and pleadings herein,

IT IS HEREBY ORDERED that:

Defendants' Motion for Extension of time to file their Notice of Motion and Motion for Summary Judgment and their Memorandum of Law in Support of their Motion for Summary Judgment is **GRANTED**. Defendants have until January 4, 2001 to file their papers.

Dated: 1/3/00, 2001.

Arthur J. Boylan
United States Magistrate Judge

FILED JAN 04 2001
FRANCIS E. DOSAL, CLERK