**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Steven H. Blondheim,

Civil No. 00-1142 (MJD/AJB)

Plaintiff,

v.

**ORDER TO TAKE ACTION ON SUMMARY JUDGMENT MOTION**

Charlie Reed and Robert Feneis,

Defendants.

This matter is before the Court, Magistrate Arthur J. Boylan, on defendants' motion for summary judgment, filed January 4, 2001. Plaintiff is a pro se prisoner whose complaint alleges violation of civil rights under 42 U.S.C. §1983. Plaintiff alleges a due process claim relating to a prison disciplinary action, along with a medical treatment claim arising out of a knee problem. Defendants assert that plaintiff's damage claim is barred by Eleventh Amendment immunity; that the individual defendants lack personal involvement regarding certain claims; that plaintiff was not denied due process; that plaintiff has not stated a sufficient Eighth Amendment claim; and defendants are entitled to qualified immunity. Mark B. Levinger, Esq., Assistant Attorney General, represents the defendants.

**IT IS HEREBY ORDERED THAT** plaintiff shall have until February 8, 2001, to submit a memorandum response to defendants' motion for summary judgment. Plaintiff's responsive memorandum must be filed with the Court and served upon defendants before February 8, 2001, at which time the motion for summary judgment will be considered fully briefed and ready for determination. Failure to provide a timely written response addressing each

Filed JAN 10 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

of the bases for dismissal will result in consideration of the motion without argument from the plaintiff.

Dated: 1/10/01

Arthur J. Boylan
United States Magistrate Judge