UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven H. Blondheim,

Plaintiffs,

v.

ORDER
Civil No. 00-1142(MJD/AJB)
Civil No. 98-1813(MJD/JMM)

Charlie Reed and Robert Feneis,

Defendants.

---

The above-captioned cases have been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, and Plaintiff's motion for disqualification, the undersigned recuses himself from hearing this matter.

Accordingly, IT IS ORDERED pursuant to this Court's Assignment of Cases Order May 28, 1998, the above-captioned cases shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse two cards on the list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order be filed in the above-captioned cases.

Date: 3-28-01

Michael J. Davis
United States District Court

FILED MAR 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge Donovan W. Frank. Magistrate Judge Arthur J. Boylan remains the magistrate on this case.

NEW CASE NUMBER 00-1142 DWF/AJB

Use this case number for all further filings.