# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven H. Blondheim

Case No. Civil 00 1142 DWF/AJB

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Charlie Reed and Robert Feneis

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment is granted and Plaintiff's complaint is hereby dismissed with prejudice. It is further ordered that Plaintiff's motion for declaratory judgment is denied.

DATE: May 22, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk